IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **TERRY CURTIS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | No.    11-463-SCW |
| ) | |
| **UNION PACIFIC RAILROAD** ) | |
| **COMPANY,** ) | |
| ) | |
| **Defendant(s),** ) | |
| ) | |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that pursuant an Order entered by United States Magistrate Judge Stephen C. Williams on September 11, 2012 (Doc. 36) and November 13, 2012 (Doc. 38) the above-captioned action is **DISMISSED** with prejudice and without costs.

**Dated:**  January 10, 2013

                                                                    Nancy J. Rosenstengel, Clerk of Court

                                                                    By:    s/Angie Vehlewald
                                                                                    Deputy Clerk

**Approved:** s/Stephen C. Williams
           **Stephen C. Williams**
           **United States Magistrate Judge**